| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 0104 3:19CR00768-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |
| | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Luis E. Martino-Rivera | District of Puerto Rico | |
| | NAME OF SENTENCING JUDGE | |
| | Hon. Aida M. Delgado-Colon, District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 03/23/2023 — TO 03/22/2026 |

OFFENSE

18: USC §§ 922(o) and 924(a)(2) Possession of a machine gun.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Puerto Rico

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 16, 2023
Date

/s/ Aida M. Delgado-Colon
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District   DISTRICT OF Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 20, 2023
Effective Date

/s/ Christopher C. Conner
United States District Judge